**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**EVERETT L. DAVIS,**                                                              **PLAINTIFF**


**v.**                                                              **CIVIL ACTION NO. 2:07CV178-P-A**


**COMMISSIONER OF SOCIAL SECURITY,**                                      **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued this day,  it is, hereby,

      **ORDERED:**

      That the decision of the Commissioner was not supported by substantial evidence and is

hereby remanded for consideration in accordance with the court's memorandum opinion.

REVERSED AND REMANDED.

      THIS the 23rd day of March, 2009.


                    /s/ W. Allen Pepper, Jr._____
                    W. ALLEN PEPPER, JR.
                    UNITED STATES DISTRICT JUDGE